UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LATASHA PLEASANT | CIVIL ACTION 6:18-00010 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| CITY OF VILLE PLATTE, ET AL. | MAG. JUDGE CAROL B. WHITEHURST |

## **JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss Punitive Damages [Doc. 11] be **GRANTED**.

MONROE, LOUISIANA, on this 17th day of April, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE